UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| Manasses Maurice Edwards, | ) | |
| *aka* Manasses Edwards | ) | Case No. 18-16790 |
| Joyce Renee Baines-Edwards, | ) | |
| Debtor(s). | ) | Hon. Judge Thorne |

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

This matter coming to be heard on the motion of Exeter Finance, LLC, by and through its undersigned attorney, concerning its Motion for Relief from Stay and Co-Debtor Stay, this Court having jurisdiction, IT IS HEREBY ORDERED:

1. Pursuant to the Motor Vehicle Retail Installment Contract, Debtors shall make monthly payments in the amount of **$520.82** directly to Exeter Finance, LLC, continuing with the December 22, 2018 post-petition payment.

2. In the event Debtors fail to tender any two or more payments as set forth in paragraph one, Exeter Finance, LLC shall issue a notice of default to Debtors, non-filing Co-Debtor Takiyah Edwards and Debtors' attorney, if Debtors do not provide full cure within 14 days after the written notice is issued, then the stay shall be automatically modified as to Debtors and non-filing Co-Debtor to permit Exeter Finance, LLC, its servicers, successors, agents and or assigns, to obtain possession of and/or to foreclose its security interest in one 2015 Chevrolet Impala Limited Sedan 4D LT, VIN 2G1WB5E33F1115282, without further notice or court order.

3. If applicable, upon modification of the automatic stay as outlined above, and after Exeter Finance, LLC, has foreclosed its security interest one 2015 Chevrolet Impala Limited Sedan 4D LT, VIN 2G1WB5E33F1115282, said creditor may file an amended, unsecured claim for any deficiency balance remaining in compliance with the US Bankruptcy Code.

4. Attorney's fees in the amount of $350.00 and costs in the amount of $181.00 are allowed and shall be paid by the Trustee as an administrative claim.

/s/ _____
Attorney for Debtor

/s/ _Jennifer M. Rinn_____
Attorney for Exeter Finance, LLC

Signed:

1/9/2019

_____
UNITED STATES BANKRUPTCY JUDGE