B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Northern District Of Illinois

In re Manasses Maurice Edwards, Case No. 18-16790

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 16 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 9/13/19 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF LODGE SERIES IV TRUST |

| Address of Alleged Transferor: | Address of Transferee: |
|---|---|
| Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 | c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX  75038 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                            **CLERK OF THE COURT**