UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-16790 |
| Manasses Maurice Edwards | ) | |
| Joyce Renee Baines-Edwards | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion of U.S. Bank Trust National Association as Trustee of The Cabana Series IV Trust to Modify Automatic Stay**

This matter coming to be heard on the Motion of U.S. Bank Trust National Association as Trustee of The Cabana Series IV Trust for Relief from Stay due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The motion is granted. The automatic stay is modified to permit U.S. Bank Trust National Association as Trustee of The Cabana Series IV Trust to pursue its non-bankruptcy remedies with respect to the property located at 1012 S 10TH AVE, MAYWOOD, IL 60153. In rem remedies only.

2. The stay under Fed. R. Bankr. P. 4001(a)(3) does not apply, and this order is effective immediately.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: October 28, 2020

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com